CHRISTINA BIANCHI, as Administratrix of the Estate of PIETRO BIANCHI, Deceased, Appellant, *v.* PASQUALE FERRARI, Defendant, and NEW YORK STATE RAILWAYS, Respondent.

*Negligence — railways — motor vehicles — action for death arising from collision between truck and street car.*

*Bianchi* v. *Ferrari*, 216 App. Div. 787, affirmed.

(Argued October 12, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 21, 1926, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, while riding as a passenger upon the truck of defendant Ferrari, was killed as the result of a collision between the truck and a street railway car belonging to and operated by defendant New York State Railways.

*John M. Stull* and *Howard F. Barnes* for appellant.

*Paul Folger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

M. P. MOLLER, INC., Respondent, *v.* WEDGEWAY-STRAND THEATRE Co., INC., et al., Defendants, and WILLIAM W. FARLEY, as Receiver, and the FARASH THEATRE Co., INC., Appellants.

*Replevin — conditional sale — foreclosure of mortgage covering building wherein had been installed pipe organ under contract of conditional sale — action by seller to recover organ.*

*Moller, Inc.,* v. *Farley*, 219 App. Div. 750, affirmed.

(Argued October 12, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,